UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAI PENG, SAIZHANG GUAN<br>and LONGBIN LI,<br><br>                    Plaintiffs,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                    Defendant. | Civ. Act. No. 1:16-cv-00545 (SJ)(RER) |

## DEFENDANT UBER TECHNOLOGIES, INC.'S
## MOTION TO COMPEL ARBITRATION

PLEASE TAKE NOTICE that Defendant Uber Technologies, Inc. ("Uber"), by and

through its undersigned counsel, hereby moves the Court, as soon as counsel may be heard, for

an order compelling arbitration on an individual basis of the claims asserted in Plaintiffs'

Complaint and either dismissing or staying this action pending the completion of arbitration.  In

support of its Motion, Uber submits the attached Memorandum of Law, Declaration of David J.

Fioccola, and Declaration of Michael Colman, and the exhibits attached thereto.

Dated:  New York, New York
              April 18, 2016

MORRISON & FOERSTER LLP

By:     /s/ David J. Fioccola
          David J. Fioccola
          Adam J. Hunt
          Tiffani B. Figueroa
          250 West 55th Street
          New York, New York 10019
          Tel: (212) 468-8000
          Fax: (212) 468-7900
          E-mail: dfioccola@mofo.com

          *Attorneys for Defendant*
          *Uber Technologies, Inc.*