# Exhibit A

CANCEL

**TERMS AND CONDITIONS**

TO GO ONLINE, YOU MUST REVIEW ALL THE DOCUMENTS BELOW AND AGREE TO THE CONTRACTS BELOW.

UBER USA Driver Addendum December 10 2015 >

UBER USA Technology Services Agreement December 10 2015 >

Service Fee Addendum >

By clicking below, you represent that you have reviewed all the documents above and that you agree to all the contracts above.

**YES, I AGREE**